# EXHIBIT A

```
▼ Request Headers
:authority:              www.facebook.com
:method:                 GET
:path:                   /tr/?id=1590090917964475&ev=AddToCart&dl=https%3A%2F%2Fshoutfactory.com%2Fcollections%2Fgoing-out-of-print-soon-save-while-supplies-last%2Fproducts%2Flaw-and-order&rl=https%3A%2F%2Fshoutfactory.com%2Fcollections%2Fgoing-out-of-print-soon-save-while-supplies-last&if=false&ts=1719587076417&cd[content_ids]=%5B6839389618310%5D&cd[content_type]=product_group&cd[content_name]=Law%20And%20Order%20-%20Blu-ray&cd[content_category]=Blu-ray&cd[currency]=USD&cd[value]=11.99&cd[num_items]=1&sw=1920&sh=1080&v=2.9.159&r=stable&a=shopify_web_pixel&ec=3&o=4126&fbp=fb.1.1719585464657.94479454926138335&ler=other&cdl=API_unavailable&it=1719587064253&coo=false&dpo=&eid=sh-5f60aa37-5707-4FD6-2F6B-BC20ECF6344F&rqm=GET
:scheme:                 https
Accept:                  image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
Accept-Encoding:         gzip, deflate, br, zstd
Accept-Language:         en-US,en;q=0.9
Cookie:                  sb=Dcl-ZtVGsXNVIDD6a3bfgBQx; datr=Dcl-ZutbhKYtqWYHfkeWGobM; locale=en_US; ps_n=1; c_user=10000485██████; xs=29%3AimJsP0rhdNTIKg%3A2%3A1719585449%3A-1%3A2369; fr=0Nh2obpHJKPGfwxxb.AWX8R0fBXrLieEZDxt20hY5aeng.BmfskN..AAA.0.0.Bmfsqr.AWWxetpqlb4
Priority:                i
Referer:                 https://shoutfactory.com/
Sec-Ch-Ua:               "Not/A)Brand";v="8", "Chromium";v="126", "Google Chrome";v="126"
Sec-Ch-Ua-Mobile:        ?0
Sec-Ch-Ua-Platform:      "Windows"
Sec-Fetch-Dest:          image
Sec-Fetch-Mode:          no-cors
Sec-Fetch-Site:          cross-site
User-Agent:              Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Safari/537.36
```