**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Sam Welbel
                                Plaintiff,

v.                                                          Case No.: 1:24−cv−06426
                                                            Honorable Thomas M. Durkin

Shout! Factory, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 18, 2024:

    MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice [16] is granted. Attorney Arun Gopal Ravindran for Sam Welbel added. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.