UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | Case No.: 1:24-cv-6426<br><br>Hon. Thomas M. Durkin |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff respectfully moves this Court for leave to file an Amended Complaint. In support of this motion, Plaintiff states as follows:

1. On July 25, 2024, Plaintiff Sam Welbel, through counsel The Simon Law Firm, P.C., initiated this action. *See* ECF No. 1.

2. The Amended Complaint will add the claims of two additional plaintiffs: Michael Archer and Dylan Macaluso. A proposed copy of the amended complaint is attached hereto as **Exhibit A**. A redline comparison is attached hereto as **Exhibit B**.

3. The amended complaint will best serve the interests of the putative class and promote judicial efficiency and fairness by streamlining the litigation.

4. Counsel for Plaintiff has conferred with counsel for Defendant regarding this motion, and Defendant has indicated that it has no objection to Plaintiff seeking leave to file an amended complaint.

5. By rule, a "court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The decision to allow an amendment is within this Court's sound

discretion. *Life Plans, Inc. v. Security Life of Denver Ins. Co.*, 800 F.3d 343, 357-58 (7th Cir. 2015). Leave to amend will in no way cause Defendant undue prejudice.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant leave to file the First Amended Complaint, attached hereto as Exhibit A.

Dated: October 25, 2024

Respectfully submitted,

*/s/ Jeremiah W. Nixon*
Anthony G. Simon (6209056)
Jeremiah W. Nixon (6319401)
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

Frank S. Hedin
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2024, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send a notification to all ECF registrants who are counsel of record for this matter.

                                                        /s/ *Jeremiah W. Nixon*