# EXHIBIT A

▼ Request Headers

| | |
|---|---|
| :authority: | www.facebook.com |
| :method: | GET |
| :path: | /tr/?id=1590090917964475&ev=AddToCart&dl=https%3A%2F%2Fshoutfactory.com%2Fcollections%2Fgoing-out-of-print-soon-save-while-supplies-last%2Fproducts%2Flaw-and-order&rl=https%3A%2F%2Fshoutfactory.com%2Fcollections%2Fgoing-out-of-print-soon-save-while-supplies-last&if=false&ts=1719587076417&cd[content_ids]=%5B6839389618310%5D&cd[content_type]=product_group&cd**[content_name]=Law%20And%20Order%20-%20Blu-ray**&cd[content_category]=Blu-ray&cd[currency]=USD&cd[value]=11.99&cd[num_items]=1&sw=1920&sh=1080&v=2.9.159&r=stable&a=shopify_web_pixel&ec=3&o=4126&fbp=fb.1.1719585464657.94479454926138335&ler=other&cdl=API_unavailable&it=1719587064253&coo=false&dpo=&eid=sh-5f60aa37-5707-4FD6-2F6B-BC20ECF6344F&rqm=GET |
| :scheme: | https |
| Accept: | image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8 |
| Accept-Encoding: | gzip, deflate, br, zstd |
| Accept-Language: | en-US,en;q=0.9 |
| Cookie: | sb=Dcl-ZtVGsXNVIDD6a3bfgBQx; datr=Dcl-ZutbhKYtqWYHfkeWGobM; locale=en_US; ps_n=1**c_user=10000485**xs=29%3AimJsP0rhdNTIKg%3A2%3A1719585449%3A-1%3A2369; fr=0Nh2obpHJKPGfwxxb.AWX8R0fBXrLieEZDxt20hY5aeng.BmfskN..AAA.0.0.Bmfsqr.AWWxetpqIb4 |
| Priority: | i |
| Referer: | https://shoutfactory.com/ |
| Sec-Ch-Ua: | "Not/A)Brand";v="8", "Chromium";v="126", "Google Chrome";v="126" |
| Sec-Ch-Ua-Mobile: | ?0 |
| Sec-Ch-Ua-Platform: | "Windows" |
| Sec-Fetch-Dest: | image |
| Sec-Fetch-Mode: | no-cors |
| Sec-Fetch-Site: | cross-site |
| User-Agent: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Safari/537.36 |