# EXHIBIT B

{"accountId":"6477c8eee897a90c2c69d9e1","pollId":"6632bf582e7e9d7ffbef3f47","pollIdentifier":"6632bf582e7e9d7ffbef3f47-5816967495814","participant":{"metadata":{"shopify_customer_id":"7159638753414","has_purchased":"true","email":"aw@.com","name":"J"},"id":"7159638753414","handle":"J","customId":true,"_id":"667ed695e01d24fef0e210b5","responses":{},"timeline":{"open":{"lastTimestamp":"2024-06-28T15:28:23.368Z","count":1,"type":"open"},"complete":{"lastTimestamp":"2024-06-28T15:28:21.851Z","count":1,"type":"complete"},"render":{"lastTimestamp":"2024-06-28T15:28:21.836Z","count":1,"type":"render"},"shopify-order-placed":{"type":"shopify-order-placed","uniqueId":"5816967495814","lastTimestamp":"2024-06-28T15:28:21.836Z"}},"timelines":{"6632bf582e7e9d7ffbef3f47-5816967495814":[{"lastTimestamp":"2024-06-28T15:41:47.598Z","count":1,"type":"open"},{"lastTimestamp":"2024-06-28T15:41:46.080Z","count":1,"type":"render"},{"type":"shopify-order-placed","uniqueId":"5816967495814","metadata":{"shopify_order_number":"#SF100354410","shopify_customer_id":"7159638753414","shopify_order_id":"5816967495814","shopify_customer_email":"aw@.com","name":"J","shopify_line_items":"Law And Order - Blu-ray","completed_poll":"true"},"lastTimestamp":"2024-06-28T15:41:46.080Z"}]}}}

