# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sam Welbel, et al.
      Plaintiff,

v.              Case No.: 1:24−cv−06426
                Honorable Thomas M. Durkin

Shout! Factory, LLC
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

  MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to appoint interim class counsel [21] is granted. Jeremiah W. Nixon and Anthony G. Simon of The Simon Law Firm, P.C. and Frank Hedin of Hedin LLP are appointed as Interim Co−Lead Class Counsel. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.