## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, DYLAN MACALUSO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHOUT! FACTORY, LLC, <br><br> Defendant. | No.: 1:24-cv-06426 <br><br> Hon. Thomas M. Durkin |

## JOINT MOTION TO STAY

Plaintiffs Sam Welbel, Michael Archer, and Dylan Macaluso ("Plaintiffs") and Defendant Shout! Factory, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for an order staying this case in its entirety for 90 days, including staying all upcoming deadlines, to allow the Parties to mediate. In support of this Motion, the Parties state as follows:

1. Plaintiffs filed an Amended Complaint on October 28, 2024, and Defendant's responsive pleading deadline currently is November 15, 2024 (ECF No. 13).

2. Additionally, the Court ordered the parties to file a joint status report by November 29, 2024 (ECF No. 13).

3. The Parties are scheduling a mediation, and the requested stay would conserve the Court's and the Parties' resources while exploring whether this matter may be resolved without further litigation.

4. The Parties respectfully submit that they could submit a joint status report at the end of the 90 days, informing the Court of whether the matter has settled or alternatively proposing deadlines for a response to the complaint if the matter has not settled.

WHEREFORE, Plaintiffs Sam Welbel, Michael Archer, and Dylan Macaluso and Defendant Shout! Factory, LLC respectfully request that this Court stay this case in its entirety for 90 days, including staying all upcoming deadlines.

Dated: November 11, 2024        Respectfully submitted,

                 BAKER & HOSTETLER LLP

                 By: */s/ Bonnie Keane DelGobbo*
                    Joel C. Griswold
                    Bonnie Keane DelGobbo (6309394)
                    Katharine H. Walton
                    **BAKER & HOSTETLER LLP**
                    One North Wacker Drive, Suite 3700
                    Chicago, IL 60606-2859
                    Telephone: 312.416.6200
                    Facsimile: 312.416.6201
                    jcgrisold@bakerlaw.com
                    bdelgobbo@bakerlaw.com
                    kwalton@bakerlaw.com

                 *Attorneys for Shout! Factory, LLC*

                 By: */s/ Jeremiah W. Nixon*
                    Anthony G. Simon (6209056)
                    Jeremiah W. Nixon (6319401)
                    **THE SIMON LAW FIRM, P.C.**
                    800 Market Street, Suite 1700
                    St. Louis, Missouri 63101
                    Telephone: (314) 241-2929
                    Facsimile: (314) 241-2029
                    E-Mail: asimon@simonlawpc.com
                    E-Mail: jnixon@simonlawpc.com

                    Frank S. Hedin

- 3 -

Arun Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com
aravindran@hedinllp.com

*Attorneys for Plaintiffs and the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

<i>/s/ Bonnie Keane DelGobbo</i>