# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Sam Welbel, et al.
       Plaintiff,

v.              Case No.: 1:24−cv−06426
              Honorable Thomas M. Durkin

Shout! Factory, LLC
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

  MINUTE entry before the Honorable Thomas M. Durkin: Joint motion to stay [23] is granted. This case in its entirety is stayed for 90 days, including staying all upcoming deadlines. A joint status report on settlement is due by 2/10/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.