IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | No.: 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER TO FACILITATE MEDIATION

Plaintiffs Sam Welbel, Michael Archer, and Dylan Macaluso ("Plaintiffs") and Defendant Shout! Factory, LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move this Court for entry of the attached Agreed Confidentiality Order to Facilitate Mediation. In support of this Joint Motion, the Parties state as follows:

1. This case is currently stayed pending the Parties' mediation scheduled for January 28, 2025. (ECF 24.)

2. To facilitate the exchange of information during the mediation process, the Parties respectfully request entry of the attached Agreed Confidentiality Order to Facilitate Mediation.

WHEREFORE, Plaintiffs Sam Welbel, Michael Archer, and Dylan Macaluso and Defendant Shout! Factory, LLC respectfully request that this Court enter the attached Agreed Confidentiality Order to Facilitate Mediation.

- 2 -

Dated: January 8, 2025 Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ *Bonnie Keane DelGobbo*
Joel C. Griswold
Bonnie Keane DelGobbo (6309394)
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200
Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

By: /s/ *Jeremiah W. Nixon (with consent)*
Anthony G. Simon (6209056)
Jeremiah W. Nixon (6319401)
**THE SIMON LAW FIRM, P.C.**
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

Frank S. Hedin
Arun Ravindran
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com
aravindran@hedinllp.com

*Attorneys for Plaintiffs and the Class*

4891-8543-1542.1
4907-9486-2859.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

                */s/ Bonnie Keane DelGobbo*