IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, DYLAN MACALUSO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHOUT! FACTORY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) No.: 1:24-cv-06426 ) ) ) ) Hon. Thomas M. Durkin ) ) ) |

### AGREED CONFIDENTIALITY ORDER TO FACILITATE MEDIATION

At the Parties' joint request and in order to facilitate the exchange of information during the mediation process, IT IS HEREBY ORDERED:

Any documents or information which any Party designates as "CONFIDENTIAL – FOR MEDIATION" shall be used exclusively to facilitate settlement negotiations before, during, or after the January 28, 2025 mediation ("Mediation") in this case and shall not be disclosed to any person that is not participating in the Mediation. No Party or counsel may use any documents or information marked "CONFIDENTIAL – FOR MEDIATION" for any other purpose. No Party or counsel may disclose any documents or information marked "CONFIDENTIAL – FOR MEDIATION" to any person that is not participating in the mediation. Upon the request of the producing Party, the recipient of any documents or information which has been designated as "CONFIDENTIAL – FOR MEDIATION" will destroy all copies of the documents, information, and documents derived from such documents and/or information in their possession. Any and all contractual, statutory, and common law protections which apply to mediation and/or settlement discussions remain in full force and effect.

Nothing in this Order shall limit the rights of any Party to seek or object to the discoverability or admissibility of underlying documents or information which had been produced as "CONFIDENTIAL – FOR MEDIATION" pursuant to this Order but which are subsequently covered by discovery requests served in the ordinary course of discovery if this case is not resolved at mediation.

Dated: January 9, 2025               SO ORDERED

                                     By: _____Thomas M Durkin_____