**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL ARCHER AND DYLAN MACALUSO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>SHOUT! FACTORY, LLC<br><br>DEFENDANT. | CASE NO. 2:24-CV-07056<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFF** |

Plaintiffs, by and through the undersigned, hereby move this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP. Counsel at Hedin LLP will remain as counsel of record. Counsel for Defendant consents to the relief sought herein.

Dated: February 3, 2025     Respectfully Submitted,

By:  */s/ Arun G. Ravindran*
   **HEDIN LLP**
   1395 Brickell Avenue, Suite 610
   Miami, FL 33134
   Telephone: (305) 357-2107
   Facsimile:  (305) 200-8801
   aravindran@hedinllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28