# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ARCHER AND DYLAN MACALUSO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br><br>SHOUT! FACTORY, LLC<br>   DEFENDANT. | CASE NO. 2:24-CV-07056<br><br><br><br>**[PROPOSED] ORDER TO WITHDRAW AS COUNSEL** |

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record. It is thereupon: ORDERED AND ADJUDGED that the Plaintiff's motion is GRANTED. The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record.

DONE AND ORDERED on this __ day of February 2025.

_____
Honorable Judge Hernan D. Vera

Respectfully Submitted,

By: _/s/ Arun G. Ravindran_
   **HEDIN LLP**

1395 Brickell Avenue, Suite 610
Miami, FL 33134
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
aravindran@hedinllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28