**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | No.: 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

## DEFENDANT SHOUT! FACTORY, LLC'S MOTION TO STAY PENDING RULING ON FORTHCOMING MOTION TO DISMISS

Defendant Shout! Factory, LLC ("Defendant") respectfully moves this Court to stay this case pending ruling on Defendant's forthcoming Rule 12(b)(1) and (6) motion to dismiss, including staying any obligation to engage in a Rule 26(f) conference or submit a proposed discovery schedule to the Court. Defendant's motion to dismiss will challenge whether this Court has Article III jurisdiction over Plaintiffs' claims, and alternatively whether the statute at issue in this case is constitutional. These significant threshold issues should be resolved before the Parties or the Court begin expending resources on discovery and other case proceedings. Support for this motion is found in the accompanying brief.

Defendant has conferred with Plaintiffs regarding a proposed briefing schedule for this motion, and the Parties have agreed that Plaintiff's opposition will be due March 13, 2025 and Defendant's reply will be due March 20, 2025.

Dated: February 27, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Bonnie Keane DelGobbo*
      Joel C. Griswold
      Bonnie Keane DelGobbo (6309394)
      Katharine H. Walton
      **BAKER & HOSTETLER LLP**
      One North Wacker Drive, Suite 3700
      Chicago, IL 60606-2859
      Telephone:    312.416.6200
      Facsimile:     312.416.6201
      jcgrisold@bakerlaw.com
      bdelgobbo@bakerlaw.com
      kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will automatically send notification of such

filing to all Counsel of Record.


*/s/ Bonnie Keane DelGobbo*