**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | No.: 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

Defendant Shout! Factory, LLC ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for an order granting Defendant leave to file an oversized memorandum not exceeding 20 pages in support of its forthcoming motion to dismiss Plaintiffs' Amended Complaint. In support, Defendant states as follows:

1. Defendant will file its forthcoming motion to dismiss and supporting memorandum on March 12, 2025.

2. In its supporting memorandum, Defendant will raise grounds for dismissal under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendant's opening brief also questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710.

3. Under Local Rule 7.1 and this Court's case procedures, the page limit for a brief in support of a motion is 15 pages.

4. The additional five pages would permit Defendant to provide this Court with the background information, legal authority, and analysis to adequately respond to Plaintiffs' Amended Complaint.

- 2 -

5. Counsel for Defendant conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested as long as Plaintiffs are similarly granted an additional 5 pages to respond.

WHEREFORE, Defendant Shout! Factory, LLC respectfully requests leave to file a 20-page opening memorandum in support of its forthcoming motion to dismiss.

Dated: March 5, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Katharine H. Walton*
  Joel C. Griswold (627757)
  Bonnie Keane DelGobbo (6309394)
  Katharine H. Walton (6339805)
  **BAKER & HOSTETLER LLP**
  One North Wacker Drive, Suite 3700
  Chicago, IL  60606-2859
  Telephone: 312.416.6200
  Facsimile: 312.416.6201
  jcgrisold@bakerlaw.com
  bdelgobbo@bakerlaw.com
  kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*