**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sam Welbel, et al.
                        Plaintiff,

v.                                          Case No.: 1:24−cv−06426
                                          Honorable Thomas M. Durkin

Shout! Factory, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file oversized brief [38] is granted. Defendant may file a 20−page opening memorandum in support of its forthcoming motion to dismiss. Plaintiffs may have an additional 5 pages for their response. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.