**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHOUT! FACTORY, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 1:24-cv-06426 <br> ) <br> ) <br> ) Hon. Thomas M. Durkin <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant, Shout! Factory, LLC ("Defendant") respectfully moves this Court for an order dismissing Plaintiffs Sam Welbel, Michael Archer, and Dylan Macaluso's ("Plaintiffs") First Amended Complaint (ECF No. 20) for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) or, alternatively, for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Support for this Motion is found in the accompanying Memorandum of Law and Declaration of Kathy Callahan.

Defendant conferred with counsel for Plaintiffs, and the Parties propose the following agreed briefing schedule:

1. Plaintiffs' response will be due March 28, 2025.

2. Defendant's reply will be due April 11, 2025.

WHEREFORE, Defendant Shout! Factory, LLC respectfully requests that this Court enter an Order granting this Motion and dismissing Plaintiffs' First Amended Complaint with prejudice.

|  |  |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted,<br><br>BAKER & HOSTETLER LLP<br><br>By:   */s/ Bonnie Keane DelGobbo*<br>       Joel C. Griswold (627757)<br>       Bonnie Keane DelGobbo (6309394)<br>       Katharine H. Walton (6339805)<br>       **BAKER & HOSTETLER LLP**<br>       One North Wacker Drive, Suite 3700<br>       Chicago, IL 60606-2859<br>       Telephone: 312.416.6200<br>       Facsimile: 312.416.6201<br>       jcgrisold@bakerlaw.com<br>       bdelgobbo@bakerlaw.com<br>       kwalton@bakerlaw.com<br><br>*Attorneys for Shout! Factory, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Bonnie Keane DelGobbo*