# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHOUT! FACTORY, LLC, <br><br> Defendant. | No.: 1:24-cv-06426 <br><br> Hon. Thomas M. Durkin |

## NOTICE OF CONSTITUTIONAL QUESTION

To: Pamela Bondi
      Attorney General for the United States
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(A), that Defendant Shout! Factory, LLC's Motion to Dismiss Plaintiffs' Amended Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Defendant argues that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of Defendant's Motion to Dismiss, Memorandum in Support, Declaration, and this Notice of Constitutional Question will be served upon the United States Attorney General.

- 2 -

Dated: March 12, 2025  Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Bonnie Keane DelGobbo
Joel C. Griswold (627757)
Bonnie Keane DelGobbo (6309394)
Katharine H. Walton (6339805)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Telephone: 312.416.6200
Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

>Pamela Bondi
>Attorney General for the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001

*/s/ Bonnie Keane DelGobbo*