# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sam Welbel, et al.
                    Plaintiff,

v.                                              Case No.: 1:24−cv−06426
                                                Honorable Thomas M. Durkin

Shout! Factory, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following agreed briefing schedule as to the motion to dismiss [40]: Plaintiffs' response is due 3/28/2025; Defendant's reply is due by 4/11/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.