**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sam Welbel, et al.
                      Plaintiff,

v.                                       Case No.: 1:24−cv−06426
                                                Honorable Thomas M. Durkin

Shout! Factory, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time [49] is granted. The deadline for the United States to decide whether to intervene for the limited purpose of defending the constitutionality of the VPPA and to file its notice of intervention and accompanying memorandum is extended up to and including 6/26/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.