IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) No.: 1:24-cv-06426 |
| v. | )<br>) Hon. Thomas M. Durkin |
| SHOUT! FACTORY, LLC, | ) |
| Defendant. | ) |

**DEFENDANT SHOUT! FACTORY, LLC'S MOTION FOR LEAVE TO FILE OPPOSITION TO UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF THE CONSTITUTIONALITY OF THE VIDEO PRIVACY PROTECTION ACT *INSTANTER*** 

Defendant Shout! Factory, LLC ("Defendant"), by and through their undersigned counsel, respectfully moves this Court for leave to file its Opposition to United States of America's Memorandum in Support of the Constitutionality of the Video Privacy Protection Act *instanter*. In support of this Motion, Defendant states as follows:

1. On March 12, 2025, Defendant filed a motion to dismiss, ECF Nos. 40-41, and an accompanying Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1(a) and Local Rule 24.1, ECF No. 42.

2. On April 8, 2025, the United States of America sought an extension of time to intervene. (ECF No. 49).

3. On June 26, 2025, the U.S. filed its Notice of Intervention, ECF No. 55, along with its Memorandum in Support of the Constitutionality of the Video Privacy Protection Act, ECF No. 55-1.

4. As the moving party, Defendant ordinarily would have the opportunity to respond to all arguments opposing its motion to dismiss in its reply brief in support of its motion to dismiss. However, because the U.S. did not file its intervention brief until after Defendant's reply in support of its motion to dismiss was due, Defendant did not get an opportunity to respond to the U.S.'s arguments in its reply.

5. Defendant respectfully requests leave to file an Opposition to United States of American's Memorandum in Support of the Constitutionality of the Video Privacy Protection Act *instanter* so that, as the moving party, it can respond to all arguments that have been made in opposition to Defendant's motion to dismiss. The Opposition is attached hereto as Exhibit A.

6. Counsel for Defendant conferred with counsel for Plaintiff and counsel for the U.S. to ask whether they oppose Defendant's ability to respond to the U.S.'s brief. Plaintiff opposes. The United States does not oppose Defendant's motion for leave and reserves the right to seek leave to file a response to any new arguments related to the constitutionality of the VPPA raised in Defendant's requested filing.

WHEREFORE, Defendant Shout! Factory, LLC respectfully requests that this Court grant this motion and give it leave to file its Opposition to United States of America's Memorandum in Support of the Constitutionality of the Video Privacy Protection Act *instanter*.

Dated: July 24, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Bonnie Keane DelGobbo*
Joel C. Griswold
Bonnie Keane DelGobbo (6309394)
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606-2859
Telephone: 312.416.6200

Facsimile: 312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

                                              */s/ Bonnie Keane DelGobbo*