# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sam Welbel, et al.

                         Plaintiff,

v.                                         Case No.: 1:24−cv−06426

                                                Honorable Thomas M. Durkin

Shout! Factory, LLC

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

       MINUTE entry before the Honorable Thomas M. Durkin: Defendant Shout! Factory, LLC's motion for leave to file its Opposition to United States of America's Memorandum in Support of the Constitutionality of the Video Privacy Protection Act instanter [56] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.