**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHOUT! FACTORY, LLC,<br><br>    Defendant. | Case No. 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs hereby give notice of the Opinions and Orders in *Krueger v. Chess.com, LLC*, No. 1:24-cv-05722 (N.D. Ill. Sept. 28, 2025), attached hereto as **Exhibit 1**; and *Balestrieri v. SportsEdTV, Inc.*, No. 3:25-cv-04046, 2025 WL 2776356 (N.D. Cal. Sept. 16, 2025), attached hereto as **Exhibit 2**. *Krueger* is a new in-District decision that supports the arguments Plaintiffs make in their Opposition to Defendant's Motion to Dismiss (ECF No. 47). This case is consistent with the caselaw in the Seventh Circuit—including *Manza v. Pesi, Inc.* (*See* ECF No. 54)—and other circuits, and does not follow the Second Circuit precedent cited by Defendant that governs cases in New York. Likewise, *Balestrieri* specifically analyzes and rejects the Second Circuit's interpretation of the relevant statutory language. *See* Exhibit 2 at *8–10.

Additionally, the language of *Krueger v. Chess.com* encompasses cases like this one where there are multiple routes to combined disclosures of identifying data. *See* Exhibit 1 at *9–13. The Court found that the complaint plausibly alleged all VPPA elements. *Id.* at 5–13. Here, Plaintiffs allege disclosure of identifying information—including email addresses, first and last

names, in addition to the Facebook IDs—together with specific purchased videos, and disclosure to more than one third party (Zigpoll and Meta). *See* FAC (ECF No. 20) ¶¶ 4–8, 33–47.

The attached opinions further support that Plaintiffs have alleged valid claims under the VPPA.

Dated: October 2, 2025

Respectfully submitted,

*/s/ Jeremiah W. Nixon*
Anthony G. Simon (6209056)
Jeremiah W. Nixon (6319401)
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

Frank S. Hedin
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Attorneys for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

*/s/ Jeremiah W. Nixon*____