**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant Shout! Factory, LLC ("Defendant"), by and through its undersigned counsel, hereby gives notice of the Memorandum and Opinion in *Banks v. CoStar Realty Information, Inc.*, No. 4:25-CV-00564-CMS, 2025 WL 2959228 (E.D. Mo. Oct. 20, 2025) (attached hereto as Exhibit A), which supports the arguments Defendant makes in its pending Motion to Dismiss (ECF No. 40, 41, 41-1, 52) and which was issued after briefing on the Motion to Dismiss closed.

Judge Stevens dismissed the plaintiff's Video Privacy Protection Act ("VPPA") claim with prejudice, holding that the plaintiff failed to allege that personally identifiable information was disclosed. This supports the arguments Defendant made in its briefing concerning this element of the statute, and adopting this interpretation would require dismissal of Plaintiff's VPPA claim.

With respect to the PII element, the court held:

Section 2710(a)(3) requires that the information disclosed "identifies a person as having requested or obtained specific video materials or services from a video tape service provider...." . . . Nowhere does Plaintiff allege what information is conveyed by the Meta Pixel ID code or, specifically, that the ID code ***inherently identifies Plaintiff***. Plaintiff does not allege how the Meta Pixel links the string of character in the ID code to a Facebook account or to which Facebook account. Nor

does he allege anything about any personally identifiable information contained in his Facebook account. Therefore, the Meta Pixel ID code does not "identify" Plaintiff. That is, according to Plaintiff's Petition, the ID code, in and of itself, does not "establish the identity of" or "show or prove the sameness of" Plaintiff's activity on apartments.com; it merely establishes a connection to a Facebook account that may or may not contain information identifying Plaintiff.

(Ex. A at *4-7 (emphasis added).)

Dated: October 30, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Katharine H. Walton*
Joel C. Griswold (6277574)
Bonnie Keane DelGobbo (6309394)
Katharine H. Walton (6339805)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Telephone:        312.416.6200
Facsimile:        312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*