## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:24-cv-06426 |
| v. | Hon. Thomas M. Durkin |
| SHOUT! FACTORY, LLC, | |
| Defendant. | |

## NOTICE OF SUPPLEMENTAL AUTHORITY
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs hereby give notice of the Opinion in *Goodman v. Hillsdale College*, No. 1:25-cv-00417 (W.D. Mich. Oct. 17, 2025), attached hereto as **Exhibit 1**. *Goodman* is a new opinion that supports the arguments Plaintiffs make in their Opposition to Defendant's Motion to Dismiss (ECF No. 47). This case is consistent with the caselaw in the Seventh Circuit—including *Manza v. Pesi, Inc.* (*See* ECF No. 54)—and other circuits, and does not follow the Second Circuit precedent cited by Defendant that governs cases in New York.

In *Goodman*, Judge Jarbou denied the defendant's motion to dismiss and provided a detailed explanation of the textual and logical grounds for her decision. *See* Exhibit 1. Specifically, she explained why even in cases where the only ground for disclosure is via the Facebook Pixel[1], the PII element of a VPPA claim is satisfied. *See* Exhibit 1 at *15–19.

---

[1] As explained in earlier filings, in this case, Plaintiffs allege that Shout! Factory disclosed Plaintiffs' PII via an additional, independent route. Plaintiffs allege disclosure of identifying information—including email addresses, first and last names, in addition to the Facebook IDs—together with specific purchased videos, and disclosure to more than one third party (Zigpoll and Meta). See FAC (ECF No. 20) ¶¶ 4–8, 33–47.

In denying the defendant's motion to dismiss, the *Goodman* court also found that the underlying complaint plausibly alleged all other VPPA elements. *Id.* at 4–22. Thus, the attached opinion further supports the strength of Plaintiffs' allegations under the VPPA.

Dated: November 20, 2025

Respectfully submitted,

*/s/ Jeremiah W. Nixon*
Anthony G. Simon (6209056)
Jeremiah W. Nixon (6319401)
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

Frank S. Hedin
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Attorneys for Plaintiffs and the Class*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

*/s/ Jeremiah W. Nixon*