**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, and DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SHOUT! FACTORY, LLC,<br><br>Defendant. | Case No. 1:24-cv-06426<br><br>Hon. Thomas M. Durkin |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs hereby give notice of the Opinion and Order in *Dawson v. The University of Phoenix*, Inc., No. 1:25-cv-02497 (N.D. Ill. Jan. 1, 2026), attached hereto as **Exhibit 1**. *Dawson* is a new in-District decision that supports the arguments Plaintiffs make in their Opposition to Defendant's Motion to Dismiss (ECF No. 47). This case is consistent with the case law in the Seventh Circuit—including *Manza v. Pesi, Inc.* (*See* ECF No. 54)—and other circuits, and rejects the Second Circuit precedent cited by Defendant.

In *Dawson*, Judge Rowland denied the defendant's motion to dismiss and provided a detailed explanation of the textual and logical grounds for her decision. *See* Exhibit 1. Specifically, she explained that the Facebook ID is sufficient to plead "personally identifiable information" under the VPPA. *See id.* at 12–21. The court further rejected the notion that a defendant can avoid VPPA liability based on the formatting of the disclosure into code.

In denying the defendant's motion to dismiss, the *Dawson* court also found that the underlying complaint plausibly alleged all other VPPA elements as to the transmission of data to

Facebook and rejected VPPA challenges on constitutional grounds. *See id.* at 6–31. Thus, the attached opinion further supports the strength of Plaintiffs' allegations under the VPPA.

Dated: January 16, 2026

Respectfully submitted,

/s/ Jeremiah W. Nixon
Anthony G. Simon (6209056)
Jeremiah W. Nixon (6319401)
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

Frank S. Hedin
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, FL 33134
Phone: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinllp.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide electronic notification of such filing to all parties of record.

*/s/ Jeremiah W. Nixon*____