**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SAM WELBEL, MICHAEL ARCHER, DYLAN MACALUSO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SHOUT! FACTORY, LLC, <br><br> Defendant. | ) ) ) ) ) No.: 1:24-cv-06426 ) ) Hon. Thomas M. Durkin ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant Shout! Factory, LLC ("Defendant"), by and through its undersigned counsel, respectfully moves this Court for an order extending Defendant's time to answer, up to and including March 9, 2026. In support of this Motion, Defendant states as follows:

1. Plaintiffs filed a First Amended Complaint on October 28, 2024.

2. The Court ruled on Defendant's motion to dismiss on February 2, 2026 making its responsive pleading due February 17, 2026. *See* Fed. R. Civ. P. 12(a)(4)(A).

3. In light of pre-existing deadlines in other cases, counsel for Defendant requires a brief three-week extension to prepare Defendant's answer.

4. The extension is sought in good faith and not for the purposes of delay.

5. Counsel for Defendant conferred with Plaintiffs' counsel, and Plaintiffs' counsel consented to an extension up to and including March 9, 2026.

WHEREFORE, Defendant Shout! Factory, LLC respectfully requests that this Court extend its time to answer until March 9, 2026.

- 2 -

Dated: February 11, 2026

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Katharine H. Walton*
Joel C. Griswold
Bonnie Keane DelGobbo (6309394)
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Telephone:          312.416.6200
Facsimile:          312.416.6201
jcgrisold@bakerlaw.com
bdelgobbo@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Shout! Factory, LLC*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all Counsel of Record.

*/s/ Katharine H. Walton*