**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Sam Welbel, et al.

                    Plaintiff,

v.                                                      Case No.: 1:24–cv–06426
                                                        Honorable Thomas M. Durkin

Shout! Factory, LLC

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

        MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [69] is granted. Defendant Shout! Factory, LLC is to answer by 3/9/2026. The Court adopts the deadlines in the parties' Joint Proposed Case Management Schedule [68]. A telephone status hearing is set for 9/3/2026 at 9:00 a.m. To join the telephone conference, dial (650) 479–3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.